## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION



**FILED**
CIVIL ACTIONS BRANCH

FEB 19 2014

Superior Court
of the District of Colombia
Washington, DC.

RAY BERNARD WILLIAMS                 :
308 50th St. NE #31                  :
Washington, DC 20011                 :
                                     :
      Plaintiff,                  :
Vs.                                  :
                                     :      C.A. #
The District of Columbia             :
A Municipal Corporation              :
441 4th St. NW                       :
Washington, DC 20001                 :
                                     :
Serve: Mayor Muriel Bowser           :
1350 Pennsylvania Ave. NW #316       :                **15 - 0 0 0 1 0 5 6**
Washington, DC 20004                 :
                                     :
Serve: Attorney General Karl A. Racine :
Office of the Attorney General       :
441 4th St. NW                       :
Washington, DC 20001                 :
                                     :
And                                  :
                                     :
Officer Daniel W. Merritt            :
Badge # 3278                         :
Individually and in His Official Capacity :
Metropolitan Police Department       :
300 Indiana Avenue, NW               :
Washington, DC 20001                 :
                                     :
And                                  :
                                     :
Officer Cory Bines                   :
Badge # 4245                         :
Individually and in His Official Capacity :
Metropolitan Police Department       :
Washington, DC 20001                 :
                                     :
      Defendants.                 :



Case: 2015 CA 001056 B

1

## COMPLAINT

COMES NOW the Plaintiff, Ray Williams, by his attorneys, Jane Carol Norman, Bond & Norman Law, PC and sues the defendants District of Columbia, Officer Daniel W. Merritt and Officer Cory Bines, and avers as follows:

### Jurisdiction

1. This is a civil action in which the Plaintiff Ray Williams seeks relief for the Defendants' violation of his rights secured by the Civil Rights Act of §1871, 42 U.S.C. § 1983, of rights secured by the Fourth and Fourteenth Amendments to the United States Constitution, and of rights secured under the laws and constitution of the District of Columbia. The Plaintiff seeks damages, both compensatory and punitive, an award of costs, interest and attorneys' fees, and other and further relief as this Court deems just and equitable.

2. This Court has jurisdiction of this action pursuant to D.C. Code Section 11-921 (1981 Edition).

### Parties

3. The Plaintiff, Ray Williams, is an adult natural person who resides in the District of Columbia.

4. The Defendant District of Columbia (hereinafter "District") is a municipal corporation.

5. The Defendant Officer Daniel W. Merritt is, and at all times mentioned herein was, employed by the District as a Police Officer of the Metropolitan Police Department. He is sued individually and in his official capacity.

6.   The Defendant Officer Cory Bines is, and at all times mentioned herein was, employed by the District as a Police Officer of the Metropolitan Police Department. He is sued individually and in his official capacity.

### Venue

7.   All events complained of herein occurred within the District of Columbia.

### Statutory Notice

8.   On or about August 21, 2014 Plaintiff, through counsel, provided timely written notice to the District pursuant to D.C. Code Section 12-309 (1981) of his intent to sue based upon the conduct complained of herein.

### Factual Background

9.   Paragraphs 1-8 are incorporated herein by reference as though set forth fully herein.

10.  On or about February 22, 2014 around 1917 hours Plaintiff Ray Bernard Williams was stopped, detained arrested and imprisoned by Defendants Officer Daniel W. Merritt and Officer Cory Bines at the liquor store located at 1726 Columbia Road NW in Washington, DC. Said Defendants at all times were acting in the course and scope of their employment with the Defendant District of Columbia and under color of state law.

11.  The stop, detention, arrest and imprisonment were without reasonable articulable suspicion, without probable cause and without any legal justification.

12.  Without any resistance on the part of Plaintiff Ray Bernard Williams, and without any legal justification at all, Defendants Officers Merritt and Bines used excessive force in effecting the detention and arrest and imprisonment. Specifically, without

3

provocation or cause these Officers viciously beat Plaintiff Williams so severely as to cause him to be transported to George Washington University Hospital were he was treated for injuries inflicted by the Defendant Police Officers.

13. Physical injuries to Plaintiff included but are not limited to a broken nose, two black eyes, injuries to the sides of his head and face and body. Plaintiff Williams as a result has permanent injuries and scarring which may require plastic surgery as well as injuries to other parts of his body.

14. Not only did Defendant Officers Merritt and Bines falsely detain, arrest and imprison Plaintiff Williams, but they trumped up charges against him and caused him to be charged in a criminal information with Assault and Assaulting, Resisting or Interfering with a Police Officer in case number 2014 CMD 3164.

15. As a result of the false charges Plaintiff Williams was unlawfully imprisoned, spent time in jail, endured the emotional and mental distress of being charged with a crime and having to appear in court as a criminal defendant.

16. However after viewing the videotape of the incident the Office of the United States Attorney entered a nolle prosequi in the case on March 14, 2014.

17. The force used in stopping Plaintiff was deadly, unnecessary, excessive and unlawful. As a direct proximate cause and result of the foregoing Plaintiff has suffered physical injuries to his eyes, nose, face and other parts of his body; fright, humiliation, mental distress, mental anguish; medical expenses and other damages.

18. As a direct proximate cause and result of the foregoing Officers of the Metropolitan Police Department, including Officers Merritt and the District of Columbia, by and through its employees, while acting under color of law and authority of the District,

4

as officers of the police department, caused Plaintiff Williams, a citizen of the United States, to be subjected to deprivation of the following rights, privileges, and immunities secured by the Constitution of the United States, 42 United States Code, Section 1983, 18 United States Code Section 241, 242 and 245, and D.C. Code Section 5-123.02 (1981):

A.   The right of plaintiff to be free from unnecessary and wanton force during arrest and imprisonment;

B.   The right of plaintiff to be free from infliction of cruel and unusual punishment;

C.   The right of plaintiff to be secure in his person against unreasonable searches and seizures.

D.   The right of Plaintiff not to be deprived of life, liberty, or property without due process of law.

**COUNT ONE**
**EXCESSIVE FORCE**
**DEPRIVATION OF RIGHTS UNDER THE FOURTH, FIFTH, EIGHTH, AND FOURTEENTH**
**AMENDMENTS AND 42 U.S.C. § 1983**

19. Paragraphs 1-18 are incorporated herein by reference as though set forth fully herein.

20. The conduct of Defendants Officers Merritt and Bines, acting in concert and under color of law, in physically beating Plaintiff Williams was excessive and unreasonable, was done intentionally, willfully, and maliciously.

21. The conduct of Defendant Officers Merritt and Bines, acting in concert and under color of law in physically beating Plaintiff Williams was done with deliberate

indifference and/or with reckless disregard for the natural and probable

consequences of their acts, and was done without lawful justification or reasons.

22. The conduct and actions of Defendant Police Officers Merritt and Bines, acting in

the course and scope of their employment with the District of Columbia and acting

in concert and under color of law in physically beating Plaintiff Williams was

designed to and did cause specific and serious physical and emotional pain and

suffering in violation of Plaintiff's rights as guaranteed under 42 U.S.C. § 1983, and

the Fourth and Fourteenth Amendments to the United States Constitution,

including the right to be free from an unreasonable seizure of his person and the

right to be free from the use of excessive, unreasonable, and unjustified force.

23. As a direct and proximate result of the foregoing, Ray Williams was subjected to

great physical injury, pain and suffering and emotional pain, humiliation and

embarrassment and was otherwise damaged and injured.

24. Defendant District of Columbia was deliberately indifferent to and/or violated

Plaintiff's Fourth Amendment right to be free from unreasonable, unlawful and/or

excessive force and/or Plaintiff's Fifth and Fourteenth Amendment rights to

substantive due process, and right to be free from cruel and unusual treatment

pursuant to the Eighth Amendment because the policies, procedures, rules,

regulations and/or customs of the Defendant District of Columbia through its

agency the D.C. Department of Corrections deprived Plaintiff of those rights.

25. Plaintiff claims monies expended for medical expenses he incurred as a

result of his injuries.

6

26. As a direct and proximate result of the foregoing violations of Defendant District of Columbia, and its agents Officers Merritt and Bines. Plaintiff Williams claims damages for the physical injuries, pain, and suffering, inconvenience, humiliation, embarrassment, and permanent emotional distress.

27. As a direct result of the foregoing violations by the Defendants District of Columbia and Officers Merritt and Bines, the Plaintiff claims punitive damages pursuant to 42 U.S.C. § 1983.

### COUNT TWO
### (ASSAULT & BATTERY)
### COMMON LAW CLAIM

28. Paragraphs 1-27 are incorporated herein by reference as though set forth fully herein.

29. Defendants Officers Merritt and Bines, during the course and scope of their employment with the Defendant District of Columbia, assaulted and battered Plaintiff Williams in the manner, time and place described above.

30. By the conduct and actions described above, the acts of Defendants Merritt and Bines constituted an assault and battery upon Plaintiff Williams in that said Defendants intentionally attempted to injure Plaintiff Williams and commit a battery upon him, and further that the said acts represented a grievous affront to Plaintiff Williams.

31. By the conduct and actions described above, the acts of Defendants

7

Officers Merritt and Bines acting in the course and scope of their employment with the District of Columbia constituted an assault upon Plaintiff Williams in that said acts constituted an assault and battery upon Plaintiff in that the above described bodily contact was intentional, unauthorized, and grossly offensive in nature.

32. By the conduct and actions described above, the acts of Defendant Officers Merritt and Bines, acting in the course and scope of their employment with the District of Columbia, constituted an assault upon Plaintiff Williams in that they were intentional, reckless, unwarranted and without any just cause or provocation.

33. By the conduct and actions described above, the acts of Defendant Officers Merritt and Bynum, acting in the course and scope of their employment wit the District of Columbia, constituted an assault and battery upon Plaintiff Williams in that they knew, or should have known, that their actions were without consent of Plaintiff.

34. As a direct and proximate result of the foregoing, Plaintiff Williams was subjected to great physical and emotional pain and humiliation, embarrassment, bodily injury, pecuniary loss, and was otherwise damaged and injured.

### COUNT III
### (FALSE ARREST)
### COMMON LAW CLAIM

35. Paragraphs 1-34 are incorporated herein by reference as though fully set forth herein.

36. By the conduct and actions described above, Defendants Officers Merritt and Bines, acting in the course and scope of their employment with the District of Columbia,

8

inflicted the tort of false arrest upon Plaintiff Williams.

37. Specifically Defendants Officers Merritt and Bines intentionally and unlawfully detained and arrested Plaintiff Williams by force, without a warrant and without reasonable articulable suspicion that a crime had occurred, without probable cause, and without any other legal justification. The arrest occurred for a significant amount of time.

38. By the conduct and actions described above, the acts of Defendants Officers Merritt and Bines, acting in the course and scope of their employment with the District of Columbia committed the tort of false arrest upon Plaintiff in that the above described arrest was intentional, unauthorized, without legal justification and grossly offensive in nature.

39. As a direct and proximate result of the foregoing, Plaintiff Williams was subjected to great physical and emotional pain and humiliation, embarrassment , bodily injury and was otherwise damaged and injured.

## COUNT IV
## (FALSE IMPRISONMENT)
## COMMON LAW CLAIM

40. Paragraphs 1-39 are incorporated herein by reference as though fully set forth herein.

41. By the conduct and actions described above, Defendants Officers Merritt and Bines, acting in the course and scope of their employment with the District of Columbia, inflicted the tort of false imprisonment upon Plaintiff Williams.

42. Specifically Defendants Officers Merritt and Bines intentionally and unlawfully detained and arrested Plaintiff Williams by force, without a warrant and without

reasonable articulable suspicion or probable cause that a crime had occurred and without any other legal justification. The arrest occurred for a significant amount of time.

43. By the conduct and actions described above, the acts of Defendants Officers Merritt and Bines, acting in the course and scope of their employment with the District of Columbia committed the tort of false imprisonment upon Plaintiff in that the above described arrest was intentional, unauthorized, without legal justification and grossly offensive in nature.

44. As a direct and proximate result of the foregoing unlawful arrest and resultant imprisonment, Plaintiff Williams was subjected to unlawful imprisonment at the hands of the aforesaid Defendants, the police precinct, other police officers, the District of Columbia Jail, the lock up at the District of Columbia Superior Court, other lock ups at other detention facilities, and total imprisonment for a significant period of time.

45. As a direct and proximate result of the unlawful imprisonment Plaintiff Williams suffered physical and emotional pain and humiliation, embarrassment, bodily injury, pecuniary loss and was otherwise damaged and injured.

**COUNT V**
**(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)**
**COMMON LAW CLAIM**

46. Paragraphs 1-45 are incorporated herein by reference as though set forth herein.

47. By the conduct and actions described above, the acts of Defendants Officers Merritt and Bines, acting in the course and scope of their

employment with the Defendant District of Columbia, in beating Plaintiff Williams about his face, head and body while he was helpless and posed no risk of harm without provocation or justification, was extreme, outrageous, and utterly intolerable in a civilized community; conduct which exceeded all reasonable bounds of decency. Their acts of unlawful arrest and imprisonment were also extreme, outrageous and utterly intolerable in a civilized community; conduct which also exceeded all reasonable bounds of decency.

48. By the conduct and actions described above, the acts of Defendants Merritt and Bines, acting in the course and scope of their employment with the District of Columbia described above, were intended to and did cause severe emotional distress to Plaintiff Williams.

49. By the conduct and actions described above, the acts of Defendants Officers Merritt and Bines acting in the course and scope of their employment with the District of Columbia, was the direct and proximate cause of injury and damage to Plaintiff Williams and violated his statutory and common law rights as guaranteed by the laws of the District of Columbia and Constitution of the United States.

50. As a result of the foregoing, Plaintiff Williams was subjected to serious physical and emotional pain and suffering, bodily injury, pecuniary loss and was otherwise damaged and injured.

11

## COUNT VI
### (NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)
### COMMON LAW CLAIM

51. Paragraphs 1-50 are incorporated as though fully set forth herein.

52. The defendants and each of them owed Plaintiff Williams a duty to act professionally as police officers without intentionally or negligently inflicting emotional distress.

53. The acts of Defendants Officers Merritt and Bines, acting in the course and scope of their employment with the District of Columbia breached that duty in assaulting, beating, unlawfully arresting and imprisoning Plaintiff Williams and thereby negligently inflicting emotional distress.

54. Defendant Officers' Merritt and Bines' conduct was careless and negligent as to the emotional health of Plaintiff, and caused severe emotional distress to Plaintiff as well as severe physical injury.

55. The acts of Defendants Officers Merritt and Bines, acting in the course and scope of their employment with the District of Columbia and the conduct of the District of Columbia were the direct and proximate cause of injury and damage to Plaintiff and violated his statutory and common law rights as guaranteed by the laws of the District of Columbia and the Constitution of the United States.

56. As a result of the foregoing, Plaintiff Williams was subjected to serious physical and emotional pain and suffering, bodily injury, pecuniary loss and was otherwise damaged and injured.

## COUNT VII
## (NEGLIGENCE)
## COMMON LAW CLAIM

57. Paragraphs 1-56 are incorporated as though fully set forth herein.

58. The Defendants and each of them owed a duty to Plaintiff Williams to perform his
police duties without the use of excessive force.

59. The use of excessive force by the Defendants Officers Merritt and Bines, acting in the
course and scope of their employment with the District of Columbia, and the conduct
of the District of Columbia upon Plaintiff Williams, when Plaintiff was unarmed and did
not pose a threat of death or grievous bodily injury to them or to others constitutes a
breach of that duty owed to Plaintiff resulting in negligence for which the Defendants
are liable both individually and vicariously.

60. As a result of the foregoing, Plaintiff Williams was subjected to serious
physical and emotional pain and suffering, bodily injury, pecuniary loss
and was otherwise damaged and injured.

## (Count VIII)
## (NEGLIGENT SUPERVISION, RETENTION AND TRAINING)
## COMMON LAW CLAIM

61. Paragraphs 1-60 are incorporated herein by reference as though fully set forth herein.

62. Defendant District of Columbia had a duty to properly train, retain and supervise
Defendants Officers Merritt and Bines.

63. The District of Columbia breached that duty by negligently training, retaining and
supervising the said defendants.

64. The acts and conduct of these Defendants and each of them were the direct and

13

proximate cause of injury and damage to Plaintiff Williams and violated his statutory

and common law rights as guaranteed by the laws of the District of Columbia.

65. As a result of the foregoing, Plaintiff Williams was subjected to serious

physical and emotional pain and suffering, bodily injury, pecuniary loss

and was otherwise damaged and injured.

**(Count IX)**
**(RESPONDEAT SUPERIOR LIABILITY OF THE DISTRICT OF COLUMBIA)**
**COMMON LAW CLAIM**

66. Counts 1-65 are incorporated by reference as though fully set forth herein.

67. Defendant Officers Merritt and Bines' misconduct as alleged herein occurred while

they were on duty as police officers employed by the District of Columbia and in

uniform, in and during the course and scope of their duties as Metropolitan Police

Department Police Officers and while they were acting as an agent, officer, servant and

employee of the  Defendant District of Columbia.

68. As a result, Defendant District of Columbia is liable to Plaintiff Williams pursuant to the

common law doctrine of respondeat superior.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, prays that this Honorable Court grant him the following relief,

jointly and severally, against all defendants:

1.    Compensatory damages in the amount of ONE MILLION DOLLARS  ($1, 000, 000.00)

as to each Defendant jointly and severally;

14

2.   Exemplary damages in the amount of THREE MILLION DOLLARS  ($3,000,000.00)

as to each Defendant jointly and severally;

3.   Costs and interest and attorney's fees;

4.   Any other award the Court deems just and equitable

### PRAYER FOR JURY TRIAL

Plaintiff demands trial by jury.

Respectfully submitted,

Jane Carol Norman, Esquire #384030
Bond & Norman Law, PC
American Association of Justice Building
777 Sixth Street NW
Suite 410
Washington, D.C. 20001
Telephone (202) 682-4100
Cell  Phone (202) 423-3863
Email Janenorman@bondandnorman.com

Attorney for Plaintiff Ray Williams



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**15 - 0 0 0 1 0 5 6**

RAY WILLIAMS
_____
Plaintiff

vs.                                    Case Number _____

DISTRICT OF COLUMBIA
_____
Defendant
Serve: MAYOR MURIEL BOWSER

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

JANE NORMAN
_____
Name of Plaintiff's Attorney

777 6th ST NW # 410
_____
Address

Washington, DC 20001
_____

202 423 3863
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____2/19/15_____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오    ያስተረጉም ከፈለጉ ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011    CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección
                                     Subsecretario

_____
Teléfono                          Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Đề có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.**

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**15 - 0 0 0 1 0 5 6**

RAY WILLIAMS
_____
Plaintiff

vs.

Case Number _____

DISTRICT OF COLUMBIA
_____
Defendant
SERVE - AG
KARL RACINE
**SUMMONS**

**To the above named Defendant:**

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jane Norman
_____
Name of Plaintiff's Attorney

777 6th st NW #410
_____
Address
Washington, DC 20001

202 423 3863
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____2/19/15_____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANT:** IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

_____                    Número de Caso: _____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
_____                                      Subsecretario
Dirección

Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**15 - 0 0 0 1 0 5 6**

_Roy Williams_
_____
Plaintiff

vs.                                  Case Number _____

_District of Columbia et al._
_Serve: Officer Daniel W. Merrit_
_           Official Capacity_ **SUMMONS**
To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Jane Norman_
_____
Name of Plaintiff's Attorney

_777 6th st NW # 410_                    *Clerk of the Court*
_____          By _____
Address                                              Deputy Clerk
_Washington DC 20001_

_202 423 3862_                    Date _2/19/15_
_____
Telephone

如需翻譯，請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                    CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección
                                          Subsecretario

Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE:** SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**15 - 0001056**

RAY WILLIAMS
_____
Plaintiff

vs.

Case Number _____

DISTRICT of CoLumbiA et AL
_____
Defendant
Serve: DefendanT
OfficeR DaNieL W. MeRRiTT Individual
**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jane Norman
_____
Name of Plaintiff's Attorney

777 6th ST NW #410
_____
Address
Washington, DC 20001

202 423 3863
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date 2/19/15

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                    Demandante

        contra

                                        Número de Caso: _____
_____
                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                            Por: _____
_____                    Subsecretario
Dirección

                            Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                    CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

_Roy Williams_
Plaintiff

**15 - 0 0 0 1 0 5 6**

vs.

Case Number _____

_District of Columbia et. Al._
Defendant
_Serve: Officer Cory Bines_
_Individual_    **SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Jane Norman_
Name of Plaintiff's Attorney

_777 6th St NW #410_
Address
_Washington DC 20001_

_202 423 3863_
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____ _2/9/15_

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                        CASUM.doc





### TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
#### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
_____ Demandante

contra

_____          Número de Caso: _____
_____ Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

                                             Por: _____
Dirección                                              Subsecretario
_____


                                             Fecha _____
Teléfono
_____

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시요           የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA.   SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO.   SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.**

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**15 - 0 0 0 1 0 5 6**

Rey Williams
_____
Plaintiff

vs.

Case Number _____

District of Columbia et al
_____
Defendant
Serve: officer
Cory Bines Official Capacity
**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jone Nokrmon
_____
Name of Plaintiff's Attorney

777 6th st NW # 410
_____
Address

Washington, DC 20001

202 423 3563
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____2/19/15_____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011

CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

_____              Número de Caso: _____
Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____                    *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                           Subsecretario

_____

_____          Fecha: _____
Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오     ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.**

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET   **15 - 0 0 0 1 0 5 6**

_Roy Williams_   Case Number: _____

vs

Date: _2 | 19 | 15_

_The District of Columbia_

☑ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| _Jane Norman_ | ☐ Attorney for Plaintiff |
| Firm Name: _Bond + Norman LAW, PC_ | ☐ Self (Pro Se) |
| Telephone No.: _2|423 3863_   Six digit Unified Bar No.: _384030_ | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury   ☑ 6 Person Jury   ☐ 12 Person Jury

Demand: $ _1 million_   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar#:_____

---

**NATURE OF SUIT:**   *(Check One Box Only)*

**A. CONTRACTS**                                                                 **COLLECTION CASES**

☐ 01 Breach of Contract        ☐ 07 Personal Property         ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty        ☐ 09 Real Property-Real Estate ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument     ☐ 12 Specific Performance      ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees    ☐ 13 Employment Discrimination ☐ 18 OVER $25,000 Consent Denied
☐ 10 Mortgage Foreclosure
   D.C. Code § 42-815

**B. PROPERTY TORTS**

☐ 01 Automobile               ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion               ☐ 04 Property Damage                   ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process          ☐ 09 Harassment                ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection   ☐ 10 Invasion of Privacy          Not Malpractice)
☑ 03 Assault and Battery       ☐ 11 Libel and Slander         ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury  ☐ 12 Malicious Interference ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)   ☐ 13 Malicious Prosecution  ☐ 20 Friendly Suit
☐ 06 False Accusation          ☐ 14 Malpractice Legal         ☐ 21 Asbestos
☐ 07 False Arrest              ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                     ☐ 16 Negligence- (Not Automobile,   ☐ 23 Tobacco
                        Not Malpractice)   ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Jun 13

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 04 Condemnation (Emin. Domain)
☐ 05 Ejectment
☐ 07 Insurance/Subrogation
    Under $25,000 Pltf.
    Grants Consent
☐ 08 Quiet Title
☐ 09 Special Writ/Warrants
    (DC Code § 11-941)

☐ 10 T.R.O./ Injunction
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment
☐ 17 Merit Personnel Act (OEA)
    (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability
☐ 24 Application to Confirm, Modify,
    Vacate Arbitration Award
    (DC Code § 16-4401)

☐ 25 Liens: Tax/Water Consent Granted
☐ 26 Insurance/ Subrogation
    Under $25,000 Consent Denied
☐ 27 Insurance/ Subrogation
    Over $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
    Award (Collection Cases Only)
☐ 29 Merit Personnel Act (OHR)
☐ 30 Liens: Tax/ Water Consent Denied
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower
☐ 34 Insurance/Subrogation
    Over $25,000 Consent Denied

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
    Certificate

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
    Judgment [ D.C. Code §
    2-1802.03 (h) or 32-1519 (a)]
☐ 20 Master Meter (D.C. Code §
    42-3301, et seq.)

☐ 21 Petition for Subpoena
    [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a) (1)
    (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

_____
Attorney's Signature

2/19/15
_____
Date

CV-496/Jun 13



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

RAY BERNARD WILLIAMS
    Vs.                            C.A. No.      2015 CA 001056 B
THE DISTRICT OF COLUMBIA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge THOMAS J MOTLEY
Date:  February 19, 2015
Initial Conference: 9:30 am, Friday, April 24, 2015
Location:  Courtroom 212
           500 Indiana Avenue N.W.
           WASHINGTON, DC  20001                Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

$5^{16}$

Form 106A

**FILED**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA** CIVIL ACTIONS BRANCH
FAMILY COURT and CIVIL DIVISION

FEB 19 2014

Superior Court
of the District of Columbia
Washington, DC.

_RAY WILLIAMS_
**Plaintiff/Petitioner**

v.                                  Case no:_____

_District of Columbia, ET. AL._     **15 - 0 0 0 1 0 5 6**
**Defendant/Respondent**

### APPLICATION TO PROCEED WITHOUT PREPAYMENT
### OF COSTS, FEES, OR SECURITY (*In Forma Pauperis*)
Form 106A

I, _RAY WILLIAMS_ _____ am the (check one)
☒ Plaintiff/Petitioner    ☐ Defendant/Respondent

I need an interpreter for this case.  I speak the following language:
_____ [Insert Language].

I respectfully ask permission to proceed in this case without pre-paying costs
or fees and without giving security for them because I am not able to do so
without substantial hardship to myself or to my family. In support of this
request, I state the following:

Check and answer only those that apply.

## INCOME

1. I receive the following public benefits, and the law presumes that I
am eligible to proceed without prepayment of costs, fees, or security
(see D.C. Code § 15-712):

☐ Temporary Assistance for Needy Families (TANF)
☐ General Assistance for Children (GAC)
☐ Program on Work, Employment and Responsibility (POWER)
☐ Supplemental Security Income (SSI)



2. Even though I do not receive the above public benefits, I receive the following similar benefits and, therefore, request that my Application be approved:

☐ Interim Disability Assistance (IDA) because my SSI application has not been approved/certified

☒ Medicaid

☐ DC Healthcare Alliance or the following similar health benefits (describe)_____.

If you checked any of the above boxes, you do not need to answer any more questions and may skip to the section called "Declaration." Otherwise, you must answer the rest of the questions on this form. If additional information is required, you will be notified.

3. My total income over the past 12 months from all sources (including, but not limited to, my job, other wages or business income, rental income, pensions, annuities or life insurance payments, worker's compensation, unemployment compensation or insurance, annual interest or dividends, gifts, alimony or spousal support, inheritance or trust income) is $_____.

4. I am presently unemployed. The last date I worked was on

_____, _____.
    Month        Year

## DEPENDENTS

5. How many people live in your household and depend on you for support: _____.    Of these people, how many are minor children or elderly? _____.

Form 106A

## **ASSETS**

6. I state the following about my property:

I have $_____ in cash, including money in savings or checking accounts.

I own the vehicles, personal home, other real estate, stock, bonds, or other valuable property, besides household furnishings and clothing, listed below:

_____
_____
_____.

List the Property

## **EXPENSES**

7. This is my best estimate of the monthly expenses for myself and the people in my household who depend on me for support:

Housing (rent, mortgage, taxes, & insurance): $_____
Public Transportation and Gasoline: $_____
Automobile Loan, Insurance, Maintenance: $_____
Health (medical, dental, vision, prescriptions, insurance): $_____
Food and other Household Necessities: $_____
Utilities (including gas, electric, water, phone, internet): $_____
Clothing: $_____
Child Support: $_____
Childcare (including diapers, daycare): $_____
Other (explain in detail): $_____

**Total Estimated Monthly Expenses**: $_____

3

## OTHER SPECIAL CIRCUMSTANCES

☐ 8. (Optional) Explain any other special circumstances that you want to have considered in support of your request, including any large monthly expenses, debts, wage or bank account garnishments, and/or judgments.

_____

_____

_____

_____.

Form 106A

## DECLARATION

**REQUIRED**:   I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.[1]

_Ray B Williams_

Signature

_308   50th street NE 31st_   ( 202-689-2677)

Address

_202-607-8131_   Sister

Phone Number

_6-30-2014_   _2/19/15_

Date

## POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY

1.  D.C. Code § 15-712.
2.  D.C. Code § 22-2405.
3.  Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4.  _Adkins v. E.I. Du Pont de Nemours & Co., Inc._, 335 U.S. 331 (1948).
5.  _Harris v. Harris_, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), _cert. denied_, 400 U.S. 826 (1970) ("_in forma pauperis_ relief not limited to those who are public charges or absolutely destitute").
6.  _Green v. Green_, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7.  _Herbin v. Hoeffel_, 727 A.2d 883, 887 (D.C. 1999) (court officers serve process in _in forma pauperis_ cases).
8.  _Cabillo v. Cabillo_, 317 A.2d 866, 866 (D.C. 1974) (per curiam) (reversing denial of _in forma pauperis_ status and mandating granting of petition where litigant's income "only slightly above the welfare standard").

---

[1] When you come to court, you may be asked questions about this Application.  If your responses are not truthful, you could face additional criminal penalties.

5/8

Form 106A

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
FAMILY COURT and CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH

FEB 19 2014

Superior Court
of the District of Columbia
Washington, DC.

RAY WILLIAMS
Plaintiff/Petitioner

v.                                              Case no:_____

District of Columbia, ET. AL.

15 - 0 0 0 1 0 5 6

Defendant/Respondent

## APPLICATION TO PROCEED WITHOUT PREPAYMENT
## OF COSTS, FEES, OR SECURITY (*In Forma Pauperis*)
**Form 106A**

I, ___RAY WILLIAMS_____ am the (check one)
☒ Plaintiff/Petitioner     ☐ Defendant/Respondent

I need an interpreter for this case.   I speak the following language:
_____ [Insert Language].

I respectfully ask permission to proceed in this case without pre-paying costs
or fees and without giving security for them because I am not able to do so
without substantial hardship to myself or to my family. In support of this
request, I state the following:

Check and answer only those that apply.

## INCOME

1. I receive the following public benefits, and the law presumes that I
am eligible to proceed without prepayment of costs, fees, or security
(see D.C. Code § 15-712):

☐ Temporary Assistance for Needy Families (TANF)
☐ General Assistance for Children (GAC)
☐ Program on Work, Employment and Responsibility (POWER)
☐ Supplemental Security Income (SSI)



2. Even though I do not receive the above public benefits, I receive the following similar benefits and, therefore, request that my Application be approved:

☐ Interim Disability Assistance (IDA) because my SSI application has not been approved/certified

☒ Medicaid

☐ DC Healthcare Alliance or the following similar health benefits (describe)_____.

If you checked any of the above boxes, you do not need to answer any more questions and may skip to the section called "Declaration." Otherwise, you must answer the rest of the questions on this form. If additional information is required, you will be notified.

3. My total income over the past 12 months from all sources (including, but not limited to, my job, other wages or business income, rental income, pensions, annuities or life insurance payments, worker's compensation, unemployment compensation or insurance, annual interest or dividends, gifts, alimony or spousal support, inheritance or trust income) is $_____.

4. I am presently unemployed.  The last date I worked was on

_____, _____.
   Month            Year

### DEPENDENTS

5. How many people live in your household and depend on you for support: _____.    Of these people, how many are minor children or elderly? _____.

Form 106A

## **ASSETS**

6. I state the following about my property:

I have $_____ in cash, including money in savings or checking accounts.

I own the vehicles, personal home, other real estate, stock, bonds, or other valuable property, besides household furnishings and clothing, listed below:

_____
_____
_____.

List the Property

## **EXPENSES**

7. This is my best estimate of the monthly expenses for myself and the people in my household who depend on me for support:

Housing (rent, mortgage, taxes, & insurance): $_____
Public Transportation and Gasoline: $_____
Automobile Loan, Insurance, Maintenance: $_____
Health (medical, dental, vision, prescriptions, insurance): $_____
Food and other Household Necessities: $_____
Utilities (including gas, electric, water, phone, internet): $_____
Clothing: $_____
Child Support: $_____
Childcare (including diapers, daycare): $_____
Other (explain in detail): $_____

**Total Estimated Monthly Expenses**: $_____

3                                                          Form 106A

## OTHER SPECIAL CIRCUMSTANCES

☐ 8. (Optional) Explain any other special circumstances that you
want to have considered in support of your request, including any
large monthly expenses, debts, wage or bank account
garnishments, and/or judgments.

_____

_____

_____

_____.

Form 106A

## DECLARATION

**REQUIRED**:  I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.[1]

_Ray B Williams_
Signature

_308  50th Street NE 31st_
Address                                          ( 202-689-2677)
                    _202 - 607 - 8131_        sister
Phone Number

_6-30-2014_          _2/19/15_
Date

## POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY

1.  D.C. Code § 15-712.
2.  D.C. Code § 22-2405.
3.  Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4.  *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331 (1948).
5.  *Harris v. Harris*, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), *cert. denied,* 400 U.S. 826 (1970) ("*in forma pauperis* relief not limited to those who are public charges or absolutely destitute").
6.  *Green v. Green*, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7.  *Herbin v. Hoeffel*, 727 A.2d 883, 887 (D.C. 1999) (court officers serve process in *in forma pauperis* cases).
8.  *Cabillo v. Cabillo*, 317 A.2d 866, 866 (D.C. 1974) (per curiam) (reversing denial of *in forma pauperis* status and mandating granting of petition where litigant's income "only slightly above the welfare standard").

---

[1] When you come to court, you may be asked questions about this Application.  If your responses are not truthful, you could face additional criminal penalties.

Form 106A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### FAMILY COURT and CIVIL DIVISION

_RAY WILLIAMS_
Plaintiff/Petitioner

**15 - 0 0 0 1 0 5 6**

v.                                                     Case No._____

_DISTRICT OF COLUMBIA_
Defendant/Respondent

### ORDER

Having considered ☐ Plaintiff/Petitioner's   ☐ Defendant/Respondent's

Application to Proceed without Prepayment of Costs, Fees, or Security, it is

hereby ordered that the Application is:

☐   **GRANTED** in this Family Court case and, pursuant to Domestic

Relations Rule 54-II, witnesses will be subpoenaed without

prepayment of witness fees;

☒   **GRANTED** in this Civil Division case and, pursuant to Civil Rule 54-II,

the officers of the Court will issue and serve all process; witnesses will

be subpoenaed without prepayment of witness fees;

☐   **DENIED**

☐   For the following reasons: _____

_____

☐   For the reasons stated on the record in open court and in the

presence of the applicant or his or her counsel;

2/19/15
Date

Judge

6                                                     Form 106A

**FILED**
**CIVIL ACTIONS BRANCH**
APR 17 2015
Superior Court of the
District of Columbia
Washington, D.C.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION, CIVIL ACTIONS BRANCH
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. _15 - 0001056_

_Ray Bernard Williams_   **vs**   _The District of Columbia_
**Plaintiff**          **Defendant**  (Served Attorney General Karl Racine)

## AFFIDAVIT OF SERVICE BY SPECIAL PROCESS SERVER

I, _William Bond_ , age 18 or older, residing or working at _16 Beau Ave Rockville, MD 20850_ , am not a party and have no interest in this case. On _April 13th_ , 20 _15_ , at _9:48_ (AM)/PM.

1. I served a copy of the summons, complaint, initial order, and addendum if necessary, and any attachments as follows on defendant _The District of Columbia_ .

☐    Personally at _____

☐    By leaving said copy with _____, a person of suitable age and discretion, who stated that he/she resides with the defendant at _____

☒    By leaving said copy with _Marjorie Thomas_ at _441 4th Street N.W. Washington, DC 20001 Suite 600_ . He/She stated that they are authorized to accept service on behalf of the above defendant by statute or law and his/her official capacity is _Program Support Assistant_ .

2. Below, you must set forth specific facts from which the Court can determine that process was served as indicated above and in compliance with SCR CIV 4, including a physical description (approximate age, height, weight) of any person on whom service was made:

_Marjorie Thomas is an African American Female, She is Roughly 45 years old, She is 5'7 and weighs about 150 lbs._

_____ Process Server

Subscribed and sworn to before me this _17_ day of _April_, 20 _15_.

_____       _9/14/19_
**Notary Public / Deputy Clerk**       **My Commission Expires**

**NOTE: A separate Affidavit of Service is required for each named Defendant**



Form CV-3035/Jun 2011

**FILED**
**CIVIL ACTIONS BRANCH**

APR 17 2015

Superior Court of the
District of Columbia
Washington, D.C.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. _15-000 10S6_

_Ray Bernard Williams_ VS _officer Cory Bines_
Plaintiff                              Defendant (Seived in his official capacity)

## AFFIDAVIT OF SERVICE BY S~~PECIA~~L PROCESS SERVER

I, _William Bond_ , age 18 or older, residing or working
at _16 Beall Ave Rockville, Mo 20850_ , am not a party and have
no interest in this case. On _April 13th_ , 20 _15_ , at _2:00_ A̶M̶/PM

1. I served a copy of the summons, complaint, initial order, and addendum if necessary,
and any attachments as follows on **defendant** _officer cory Bines_ .

☐    Personally at _____ .

☒    By leaving said copy with _Gregory Newman_ , a person
of suitable age and discretion, who stated that he/she resides with the defendant at
_4153 Silver Park Terrace Suitland, mo_ .

☐    By leaving said copy with_____ at
_____ .
He/She stated that they are authorized to accept service on behalf of the above defendant
by statute or law and his/her official capacity is _____ .

2. Below, you must set forth specific facts from which the Court can determine that
process was served as indicated above and in compliance with SCR CIV 4, including a
physical description (approximate age, height, weight) of any person on whom service
was made: _Gregory Newman, who accepted seivice on behalf of his stepson,_
_is a 6'2, African American, male, approximately 60 years_
_of age, weighing about 230 LBS. He stated he is Authorized to accept_
_Seivice on behalf of his stepson_

_____ Process Server

Subscribed and sworn to before me this _17_ day of _April_ , 20 _15_ .

_____        _9/14/19_
Notary Public / Deputy Clerk        My Commission Expires

**NOTE: A separate Affidavit of Service is required for each named Defendant**

35/Jun 2011

 COMPLETED

FILED
CIVIL ACTIONS BRANCH

APR 17 2015

Superior Court of the
District of Columbia
Washington, D.C.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. _15-000 1056_

_Ray Bernard Williams_   **VS**   _Officer Cory Bines_
**Plaintiff**                            **Defendant** _(served in his individual capacity)_

## AFFIDAVIT OF SERVICE BY S̶P̶E̶C̶I̶A̶L PROCESS SERVER

I, _William Bond_ , age 18 or older, residing or working
at _16 Beall Ave, Rockville, MD 20850_ , am not a party and have
no interest in this case. On _April 13th_ , 20 _15_ , at _2:00_ AM/PM

1. I served a copy of the summons, complaint, initial order, and addendum if necessary,
and any attachments as follows on **defendant** _Officer Cory Bines_ .

☐   Personally at _____.

☒   By leaving said copy with _Gregory Newman_ , a person
of suitable age and discretion, who stated that he/she resides with the defendant at
_4153 Silver Park Terrace, Suitland, MD_

☐   By leaving said copy with_____ at
_____
He/She stated that they are authorized to accept service on behalf of the above defendant
by statute or law and his/her official capacity is _____.

2. Below, you must set forth specific facts from which the Court can determine that
process was served as indicated above and in compliance with SCR CIV 4, including a
physical description (approximate age, height, weight) of any person on whom service
was made:
_Gregory Newman, who accepted service on behalf of his step-son,_
_is an African American Male, approximately 60 years of age,_
_weighing roughly 230 pounds, He stated that he is authorized to accept service_
_on behalf of his step-son._



Special Process Server

Subscribed and sworn to before me this _17_ day of _April_ , 20 _15_.

_____          _9/14/19_
**Notary Public / Deputy Clerk**          **My Commission Expires**

NOTE: A separate Affidavit of Service is required for each named Defendant

Form CA3035/Jun 2011

```
FILED
CIVIL ACTIONS BRANCH

APR 2 0 2015

Superior Court of the
District of Columbia
Washington, D.C.
```

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. _15 - 000 1056_

_Ray  Bernard  Williams_ VS _Officer  Daniel  Merritt_
**Plaintiff**                          **Defendant** _(Served in official capacity)_

## AFFIDAVIT OF SERVICE BY S~~PECIA~~L PROCESS SERVER

I, _William  Bond_ , age 18 or older, residing or working
at _16 Beau  Ave  Rockville, MD 20850_, am not a party and have
no interest in this case. On _April 17th_, 20 _15_, at _4:18_ A̶M̶/PM.

1. I served a copy of the summons, complaint, initial order, and addendum if necessary,
and any attachments as follows on **defendant** _officer  Daniel  Merritt_ .

☒  Personally at _6408  3rd  Street  chesapeake,  Beach, MD_ .

☐  By leaving said copy with _____ , a person
of suitable age and discretion, who stated that he/she resides with the defendant at
_____ .

☐  By leaving said copy with_____ at
_____ .
He/She stated that they are authorized to accept service on behalf of the above defendant
by statute or law and his/her official capacity is _____ .

2. Below, you must set forth specific facts from which the Court can determine that
process was served as indicated above and in compliance with SCR CIV 4, including a
physical description (approximate age, height, weight) of any person on whom service
was made:
_officer  Daniel  Merritt  verbally  identified  himself  before  accepting_
_service. He  is  a  white  male,  5 ft 7 inches  tall,  bald  head,_
_175 Pounds,  25  years  old_

_____
~~William~~ Process Server

Subscribed and sworn to before me this _20_ day of _April_, 20 _15_.

_____          _9/14/19_
**Notary Public / Deputy Clerk**          **My Commission Expires**

**NOTE: A separate Affidavit of Service is required for each named Defendant**

CV-3035/Jun 2011




COMPLETED

```
┌─────────────────────────┐
│         FILED           │
│  CIVIL ACTIONS BRANCH   │
│                         │
│      APR 20 2015        │
│                         │
│   Superior Court of the │
│   District of Columbia  │
│     Washington, D.C.    │
└─────────────────────────┘
```

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. 15-0001056

Ray Bernard Williams VS officer Daniel mellitt
__Plaintiff__          __Defendant__ (served in his individual capacity)

## AFFIDAVIT OF SERVICE BY SPECIAL PROCESS SERVER

I, William Bond , age 18 or older, residing or working
at 16 Beall Ave, Rockville, MD 20850, am not a party and have
no interest in this case. On April 17th , 20 15 , at 4:18 AM/**PM**

1. I served a copy of the summons, complaint, initial order, and addendum if necessary,
and any attachments as follows on **defendant** Daniel mellitt .

[X]    Personally at 6408 3rd Street, Chesapeake, Beach MD 20732

[ ]    By leaving said copy with _____, a person
of suitable age and discretion, who stated that he/she resides with the defendant at
_____.

[ ]    By leaving said copy with _____ at
_____
He/She stated that they are authorized to accept service on behalf of the above defendant
by statute or law and his/her official capacity is _____

2. Below, you must set forth specific facts from which the Court can determine that
process was served as indicated above and in compliance with SCR CIV 4, including a
physical description (approximate age, height, weight) of any person on whom service
was made:
Officer Daniel mellitt verbally identified himself before accepting
service. He is a white male, 5'7, 175pounds, bald
head, 35 years old.

_____ Process Server

Subscribed and sworn to before me this 20 day of April , 20 15 .

_____      9/14/19
Notary Public / Deputy Clerk        My Commission Expires

```
┌─────────────────────┐
│   ROBIN PEPPER      │
│   NOTARY PUBLIC     │
│   MY COMMISSION     │
│     EXPIRES         │
│    9/14/2019        │
│ DISTRICT OF COLUMBIA│
└─────────────────────┘
```

**NOTE:  A separate Affidavit of Service is required for each named Defendant**

Form CV-3035/Jun 2011

**Filed**
**D.C. Superior Court**
**04/23/2015 17:01PM**
**Clerk of the Court**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RAY BERNARD WILLIAMS,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)　　　Civil No. 2015 CA 001056 B
　　　　　　　　　　　　　　　　　　)　　　Judge Thomas J. Motley – Cal. 5
　　　　v.　　　　　　　　　　　　　)　　　Next Event: ISC – April 24, 2015
　　　　　　　　　　　　　　　　　　)
DISTRICT OF COLUMBIA, *et al.*　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)
_____)

### NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please enter the appearance of Michael K. Addo, Assistant

Attorney General, on behalf of Defendant District of Columbia.

**Dated: April 23, 2015**　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division

　　　　　　　　　　　　　　　　　　　/s/ Patricia A. Oxendine
　　　　　　　　　　　　　　　　　　　PATRICIA A. OXENDINE
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 428132
　　　　　　　　　　　　　　　　　　　Chief, Civil Litigation Division, Section IV

　　　　　　　　　　　　　　　　　　　/s/ Michael K. Addo
　　　　　　　　　　　　　　　　　　　MICHAEL K. ADDO
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1008971
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W., Suite 630 South
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　Phone:  (202) 741-0760; (202) 724-6539;
　　　　　　　　　　　　　　　　　　　(202) 727-6295
　　　　　　　　　　　　　　　　　　　Fax:  (202) 715-7721
　　　　　　　　　　　　　　　　　　　E-mail:  michael.addo@dc.gov;
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant District of Columbia*

## Certificate of Service

I HEREBY CERTIFY that on April 23, 2015, a copy of the foregoing Notice was

electronically served via CaseFileExpress to:

> Jane Carol Norman, Esquire
> D.C. Bar No. 384030
> Bond & Norman Law, PC
> American Association of Justice Building
> 777 Sixth Street NW
> Suite 410
> Washington, D.C. 20001
> *Counsel for the plaintiff*

> /s/Michael K. Addo
> MICHAEL K. ADDO
> Assistant Attorney General

2